THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
RUSSELL W. CHITTENDEN
Assistant United States Attorney
California State Bar Number: 112613
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2444
    Facsimile: (213) 894-7819
    Email: russell.chittenden@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KUNG-HSIAO HO,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTINA POULOS, DIRECTOR, CALIFORNIA SERVICE CENTER OF THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; AND MICHAEL CHERTOFF, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY,<br><br>    Defendants. | No. CV 07-5868 MMM (JCx)<br><br>[PROPOSED] ORDER |

IT IS HEREBY ORDERED that this action be dismissed without prejudice, each side to bear it own costs.

DATED: Feb. 14, 2008

                          Margaret M. Morrow
                          UNITED STATES DISTRICT JUDGE